UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Christopher Hoese,                                             Court File No. 05-cv-1148 (MJD/JGL)

    Plaintiff,

v.                                                                                            **ORDER**

UnitedHealthcare, Inc., a/k/a UnitedHealth Group,
UnitedHealth Group, Inc.; and AT&T Wireless
Service, Inc., now operating as Cingular Wireless, LLC,

    Defendants.

---

    Based upon the Stipulation of Dismissal signed by all the parties, filed via ECF with the Court on August 17, 2005,

    **IT IS HEREBY ORDERED,** that the above matter be and the same is hereby dismissed with prejudice and on the merits, and without further costs to either party.  There being no just reason for delay, the Clerk of Court is hereby ordered to enter such judgment at this time.

    **BEING NO JUST CAUSE FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 24, 2005

                                                   BY THE COURT:

                                                   s/ Michael J. Davis
                                                   The Honorable Michael Davis
                                                   Judge of District Court